FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-251 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| WILLIAM GAISIE, | ) | Court Date: June 24, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512613)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 13, 2019, at Marine Corps Base, Quantico, Virginia within the special

maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the

defendant, WILLIAM GAISIE, did unlawfully operate a motor vehicle while under the influence

of alcohol after previously having been convicted of VA Code § 18.2-266 within a period of five

to ten years.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section
18.2-270(B), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _28_ day of May 2019 to the defendant's home of record.

By: _____

Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov